| | | |
|---|---|---|
| People v Moore | 4th Dept: 144 AD3d 1616 (Monroe) | denied 2/15/17 (Garcia, J.) |
| People v Morgado | 2d Dept: 144 AD3d 709 (Westchester) | denied 2/8/17 (Garcia, J.) |
| People v Morgan | App Div, 3d Dept: 2016 NY Slip Op 93222(U) (Columbia) | dismissed 2/23/17 (Fahey, J.) |
| People v Mould | 3d Dept: 143 AD3d 1186 (Saratoga) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Myles | App Div, 4th Dept, 11/17/16 (Onondaga) | dismissed 2/16/17 (Rivera, J.) |
| People v Nesmith | 4th Dept: 144 AD3d 1508 (Monroe) | denied 2/23/17 (Stein, J.) |
| People v Newton | 4th Dept: 144 AD3d 1617 (Monroe) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Nova | App Div, 1st Dept: 2016 NY Slip Op 79482(U) (NY) | denied 2/21/17 (Stein, J.) |
| People v Nwogu | App Div, 4th Dept, 11/28/16 (Erie) | dismissed 2/24/17 (Abdus-Salaam, J.) |
| People v Orta | 1st Dept: 145 AD3d 634 (NY) | denied 2/10/17 (Stein, J.) |
| People v Ortiz | App Div, 1st Dept: 2016 NY Slip Op 82792(U) (NY) | dismissed 2/14/17 (DiFiore, Ch. J.) |
| People v Otunyo | 1st Dept: 142 AD3d 865 (NY) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Pendleton | 4th Dept: 144 AD3d 1521 (Niagara) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Perez | 1st Dept: 144 AD3d 488 (NY) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Peterson | 3d Dept: 145 AD3d 1322 (Schenectady) | denied 2/15/17 (Garcia, J.) |
| People v Pierre-Louis | App Term, 2d Dept, 9th & 10th Jud Dists: 53 Misc 3d 130(A) (Nassau) | denied 2/16/17 (Rivera, J.) |
| People v Pretty | 3d Dept: 145 AD3d 1196 (Albany) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Ragguete | 2d Dept: 144 AD3d 710 (Kings) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Ramos | 1st Dept: 144 AD3d 554 (Bronx) | denied 2/16/17 (Rivera, J.) |
| People v Redfield | 4th Dept: 144 AD3d 1548 (Monroe) | denied 2/23/17 (Stein, J.) |
| People v Richards | 2d Dept: 144 AD3d 844 (Suffolk) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Ritorto | 2d Dept: 144 AD3d 949 (Kings) | denied 2/1/17 (Abdus-Salaam, J.) |
| People v Rivera (Erick) | 1st Dept: 144 AD3d 483 (NY) | denied 2/1/17 (Abdus-Salaam, J.) |